IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                              ORDER

         Plaintiff,

                                                06-cr-197-bbc
                                                07-cv-680-bbc

    v.

KENNARD JOHNSON,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On March 10, 2008, I denied defendant Kennard Johnson's motion for reconsideration of the denial of his motion brought pursuant 28 U.S.C. § 2255. Now defendant has filed a supplement to his motion for reconsideration which he titles "Supplemental Motion to Defendant's Motion in Opposition to the Finding of Facts and Recommendation by the Judge." This document cannot be considered, because the motion it intends to supplement has been decided. Because defendant's supplement is not timely, I am placing it in the file and will give no consideration to it.

      Entered this 3d day of September, 2008.

                                              BY THE COURT:
                                              /s/
                                              BARBARA B. CRABB
                                              District Judge